# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KIMYA PHILLIPS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>SELECT REHABILITATION, LLC, a Limited Liability Company; JENNIFER HOFF, an individual; LINDSEY ALDRIDGE, an individual; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 5:21-cv-01719-JWH-SPx<br><br>**ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge:    Hon. John W. Holcomb<br>Ctrm:    2<br><br>Complaint Filed:  August 9, 2021<br>Removal:           October 11, 2021<br>FAC Filed:       November 1, 2021 |

The Parties having stipulated, and Good Cause appearing, it is **ORDERED** that:

1. Plaintiff hereby withdraws the First Amended Complaint [ECF No. 14];
2. Plaintiff may file a Second Amended Complaint no later than December 6, 2021;
3. Plaintiff withdraws, without prejudice, the Motion to Remand [ECF No. 15]; and
4. Plaintiff reserves the right to file a subsequent Motion to Remand after filing a Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: November 19, 2021

_____
Hon. John W. Holcomb
United States District Judge