Nicol E. Hajjar, Esq. (SBN 303102)
nicol@wilshirelawfirm.com
Nathan Kingery, Esq. (SBN 309920)
nkingery@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: (213) 381-9988
Fax: (213) 381-9989

Attorneys for Plaintiff,
KIMYA PHILLIPS

# UNITED STATES DISCTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KIMYA PHILLIPS, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>SELECT REHABILITATION, LLC, a Delaware Limited Liability Company; NEAL DEUTSCH; and DOES 2 through 50, inclusive,<br><br>            Defendant. | Case No.  5:21-cv-01719-JWH-SPx<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER**<br><br>Judge:   Hon. John W. Holcomb<br>Ctrm:    2 |

## NOTICE OF SETTLEMENT

   Plaintiff KIMYA PHILLIPS, and Defendant SELECT REHABILITATION, LLC, (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around January 24, 2023. Upon Defendant's

completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

**Respectfully Submitted,**

DATED: October 18, 2022                **WILSHIRE LAW FIRM, PLC**

By: _____/s/ Nathan Kingery_____
Nathan Kingery, Esq.
Attorney for Plaintiff,
KIMYA PHILLIPS

DATED: October 18, 2022                **WALKER MORTON, LLP**

By: _____/s/ Diane G. Walker_____
Diane G. Walker, Esq.

**FOLEY & LARDNER, LLP**
Christopher Ward, Esq.
Kevin Jackson, Esq.
David B. Goroff, Esq.
Attorney for Defendants, SELECT REHABILITATION, LLC and NEAL DEUTSCH

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for one hundred and twenty days time to allow for Defendant to fulfill its duties under the settlement agreement.

**IT IS SO ORDERED.**

DATED: October 18, 2022

By: _____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE